MARY C. McNAMARA, Respondent, *v.* NEW YORK STATE RAILWAYS, Appellant.

(Argued November 18, 1930; decided December 2, 1930.)

*Carroll N. Whitman* and *George D. Ogden* for appellant.
*J. Emmett O'Brien* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ.   Not sitting: HUBBS, J.